TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00541-CV

Vincent A. Lambiase and Carolyn C. Lambiase, Appellants

v.

Keith Brown Custom Homes, Inc., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 96-13486, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 The parties have filed an agreed motion to dismiss the appeal. The motion is
granted. Tex. R. App. P. 42.1(a)(1). 

 The appeal is dismissed.

Before Justices Powers, Aboussie and B. A. Smith

Appeal Dismissed on Agreed Motion

Filed: September 18, 1997

Do Not Publish